EDISON FIXTURE COMPANY, INCORPORATED. PLAINTIFF-APPELLANT, v. BEN. F. CUTLER TRADING, ETC., DEFENDANT-APPELLEE.

Argued October 8, 1924—Decided February 5, 1925.

On appeal from the District Court of the city of Camden.

Before Justices TRENCHARD, MINTURN and LLOYD.

For the appellant, *Herman B. J. Weckstein.*

For the appellee, *Maurice L. Praissman.*

PER CURIAM.

The trial judge apparently rendered judgment for the defendant upon the ground that he was not a party to the contract upon which suit was brought, and the record discloses that to have been the situation.

The judgment below will be affirmed, with costs.